# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE, | CV F   04 5439 AWI LJO P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| SANCHEZ, et. al., | |
| Defendants. | |

Chris Eddie Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Complaint appears to state a cognizable Eighth Amendment medical claim against Defendants Lt. Miles and Dr. Castillo. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    LT. MILES

    DR. CASTILLO

2. The Clerk of the Court shall send Plaintiff TWO USM-285 forms, TWO summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 18, 2004.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff SHALL complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each Defendant listed above; and

    c. **THREE (3)** copies of the endorsed complaint filed March 17, 2004.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   July 27, 2005**           /s/ Lawrence J. O'Neill
b9ed48                  UNITED STATES MAGISTRATE JUDGE