# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANCHEZ, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F   04 5439 AWI LJO P<br><br>ORDER STRIKING MOTION TO REDUCE MONEY DAMAGES ON CIVIL COMPLAINT<br>(Doc. 10.) |

　Chris Eddie Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　On August 17, 2005, Plaintiff filed a Motion to Reduce the Amount of Damages in his Complaint.

　Pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court <u>must be served on the opposing party</u>.  Local Rule 5-135(b); Fed.R.Civ.P. 5. A review of this pleading, however, reveals that Plaintiff failed to serve the opposing party as is required by the Federal Rules of Civil Procedure and Local Rules.

　Accordingly, Plaintiff's Motion to Reduce Money Damages is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   September 1, 2005　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1