UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRIS EDDIE GREENE,      1:04-cv-05439-AWI-LJO-P

       Plaintiff,      **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 16)

vs.

SANCHEZ, et al.,      **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS**

       Defendants.
_____/

    Plaintiff, Chris Eddie Greene ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On July 28, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 28, 2005, are ADOPTED IN FULL;

2. Plaintiff's Eighth Amendment claim against defendants E. Sanchez, Warden, Captain J. Leeper, Captain D. Folks, Sergeant Flores, and Psychologist Bradley Hartung; and, the Supervisory Liability claim against defendants Sanchez and Leeper are DISMISSED from this action; and,

3. This action proceed on plaintiff's Eighth Amendment claim for deliberate indifference to medical needs against defendants Lieutenant J.D. Miles and Doctor Castillo.

The case is referred back to the assigned Magistrate Judge for further proceedings in accordance with this order.

IT IS SO ORDERED.

**Dated:   September 20, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

2