IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHRIS EDDIE GREENE,**<br><br>                                               Plaintiff,<br><br>         v.<br><br>**SANCHEZ, et. al.,**<br><br>                                               Defendants. | 1:04-CV-5439 AWI LJO P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |

   Defendants' request for an extension of time to file a responsive pleading in this matter was considered by this Court, and good cause appearing,

   IT IS HEREBY ORDERED that Defendants have until December 8, 2005, to file a responsive pleading.

IT IS SO ORDERED.

**Dated:    November 2, 2005**            /s/ Lawrence J. O'Neill
b6edp0                                       UNITED STATES MAGISTRATE JUDGE

Proposed Order

1