# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE,<br><br>   Plaintiff,<br><br>   v.<br><br>SANCHEZ, et. al.,<br><br>   Defendants.<br>_____/ | CV F   04 5439 AWI LJO P<br><br>ORDER DENYING MOTION FOR DENIAL<br>OR CONTINUANCE (Doc. 36.) |

    Chris Eddie Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On October 31, 2005, Plaintiff filed a Motion for Summary Judgment.  The Court issued Findings and Recommendations that the Motion be denied on November 7, 2005. (Doc. 32.) However, on November 10, 2005, Defendants moved for "Denial or Continuance of Plaintiff's Motion for Summary Judgment" indicating that no Answer had yet be filed.  As the Court has already issued Findings and Recommendations resolving the Motion for Summary Judgment Defendants have addressed in this Motion, the Motion is moot.

    Accordingly, the Motion for Denial or Continuance is DENIED as MOOT.

IT IS SO ORDERED.

**Dated:   December 15, 2005**           **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE

1