# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANCHEZ, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F   04 5439 AWI LJO P<br><br>ORDER DENYING MOTION FOR<br>SANCTIONS (Doc. 40.) |

　　Chris Eddie Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　On December 14, 2005, Plaintiff moved for the imposition of sanctions on Defendants for what he believes is an untimely filing of a responsive pleading.  Upon review of the Court docket, Plaintiffs assessment of the deadlines and filings is incorrect and his Motion must be denied.

　　The Court issued an Order on November 2, 2005, granting Defendants to and including December 8, 2005, to file a responsive pleading.  On December 8, 2005, Defendants filed a Motion to Dismiss the case.  Accordingly, Plaintiff's request for sanction is DENIED.

IT IS SO ORDERED.

**Dated:     December 14, 2005**　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1