# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANCHEZ, et. al,<br><br>　　　　Defendants.<br>_____/ | CV F 04 5439 AWI LJO P<br><br>ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS (Doc. 44.) |

　　CHRIS EDDIE GREENE ("Plaintiff") s a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On December 27, 2005, Plaintiff filed a motion to extend time to file an Opposition to the Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Plaintiff is granted THIRTY (30) DAYS from the date of service of this order in which to file an Opposition to the Motion to Dismiss.

IT IS SO ORDERED.

**Dated:　January 11, 2006**　　　　　　　　**/s/ Lawrence J. O'Neill**
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1