1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE, | CV F 04 5439 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR DISCOVERY (Doc. 47.) |
| SANCHEZ, et. al, | |
| Defendants. / | |

CHRIS EDDIE GREENE ("Plaintiff") s a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 8, 2005, Defendants filed a Motion to Dismiss the case for Plaintiff's alleged failure to exhaust administrative remedies. Plaintiff filed an Opposition to the Motion to Dismiss on February 6, 2006. Plaintiff also submitted a Motion for Discovery in which he requests permission to conduct discovery concerning the underlying claims for relief. The Court will deny Plaintiff's request for discovery at this time. As noted above, currently pending is a Motion to Dismiss for lack of exhaustion. Until such Motion is resolved, the Court will not open

1

1  discovery.  Should the case survive dismissal, the Court will issue a scheduling order setting
2  forth deadlines for discovery as well as the filing of dispositive motions.
3       The Court HEREBY ORDERS:
4       1.   The Motion for Discovery is DENIED.
5  IT IS SO ORDERED.
6  **Dated:    February 7, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE