UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRIS EDDIE GREENE,                       1:04-cv-05439-AWI-LJO-P

                    Plaintiff,      **ORDER ADOPTING FINDINGS AND
                                    RECOMMENDATIONS** (Doc. 32)
vs.
                                    **ORDER DENYING MOTION FOR
MILES, et al.,                      SUMMARY JUDGMENT** (Doc. 30)

                    Defendants.
_____/

     Plaintiff, Chris Eddie Greene ("plaintiff"), is a state
prisoner proceeding pro se and in forma pauperis in this civil
rights action pursuant to 42 U.S.C. § 1983.  The matter was
referred to a United States Magistrate Judge pursuant to 28
U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On November 7, 2005, the Magistrate Judge filed Findings and
Recommendations that recommended plaintiff's motion for summary
judgment be denied for plaintiff's failure to comply with
procedural rules.   The Findings and Recommendations were served
on the parties and which contained notice to the parties that any
objections to the Findings and Recommendations were to be filed
within thirty (30) days.

1

On December 5, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.   Plaintiff's objections do not compel the court to not adopt the Findings and Recommendations and grant plaintiff's motion for summary judgment.   Plaintiff remains free to file a motion for summary judgment that comports with the Local Rules and the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed November 7, 2005, are ADOPTED IN FULL; and,

2.   Plaintiff's motion for summary judgment, filed October 31, 2005, is DENIED, without prejudice.


IT IS SO ORDERED.

**Dated:    February 14, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE