# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE,<br><br>              Plaintiff,<br><br>  v.<br><br>SANCHEZ, et. al,<br><br>              Defendants.<br>_____/ | CV F 04 5439 AWI LJO P<br><br>ORDER GRANTING REQUEST TO WITHDRAW AMENDED MOTION TO DISMISS FILED JULY 12, 2006 (Doc. 56)<br><br>ORDER DEEMING AMENDED MOTION TO DISMISS FILED JULY 12, 2006, WITHDRAWN (Doc. 53)<br><br>ORDER DIRECTING CLERK OF COURT TO TERM MOTION |

      CHRIS EDDIE GREENE ("Plaintiff") s a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      Defendants moved to dismiss the action on the grounds that Plaintiff failed to exhaust his administrative remedies on December 8, 2005 (Doc. 39).

      On July 12, 2006, Defendants filed an Amended Notice of Motion and Motion to Dismiss and supporting Memorandum (Doc. 53). On September 27, 2006, Defendants moved to withdraw the Amended Notice of Motion and Motion stating that an incorrect version of the

1 Amended Motion was inadvertently filed on July 12, 2006. (Doc. 56.)   Defendants also
2 submitted the correct version of the Amended Motion that same day. (Doc. 55.)
3       The Court HEREBY ORDERS:
4       1.    Defendant's Request to Withdraw the Amended Motion to Dismiss filed on July
5            12, 2006, is GRANTED;
6       2.    The Amended Motion filed on July 12, 2006, (Doc. 53) is DEEMED
7            WITHDRAWN; and
8       3.    The Clerk of Court SHALL term the Motion for administrative purposes in
9            accordance with this Order.
10 IT IS SO ORDERED.
11 **Dated:   September 28, 2006**　　　　　　　　　 **/s/ Lawrence J. O'Neill**
　　b9ed48　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

2