UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDIE GREENE,<br><br>            Plaintiff,<br><br>    vs.<br><br>SANCHEZ, et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-05439-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 59)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 57)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

   Chris Eddie Greene ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On October 24, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1  In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 24, 2006, are ADOPTED IN FULL;

2. Defendants' Motion to Dismiss on the basis of Plaintiff's failure to exhaust his administrative remedies, filed September 28, 2006, is GRANTED; and,

3. This action is DISMISSED in its entirety.

IT IS SO ORDERED.

**Dated:   December 30, 2006**                        **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE